No. 88. Brody *v.* Massachusetts. Superior Court of Suffolk County, Massachusetts. Certiorari denied. *Edward M. Dangel* and *Leo E. Sherry* for petitioner. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.

No. 90. Anheuser-Busch, Inc. et al. *v.* Kainz et al., doing business as Matt & Neal's Liquors, et al. C. A. 7th Cir. Certiorari denied. *Charles M. Price, Charles B. Mahin* and *Robert C. Keck* for Anheuser-Busch, Inc., and *Victor E. La Rue* for Home Delivery, Inc. et al., petitioners. *Hirsch E. Soble* for respondents.

No. 91. 58th Street Plaza Theatre, Inc. et al. *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Paul R. Russell* and *Howard D. Pack* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 93. Revedin *v.* Acheson, Secretary of State, et al. C. A. 2d Cir. Certiorari denied. *Cornelius W. Wickersham* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the Secretary of State, respondent.

No. 94. Herberger et al. *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Fred E. Youngman* and *John R. Benney* for respondent.